**EXHIBIT A**

FILED: NEW YORK COUNTY CLERK 02/07/2020 10:00 AM
NYSCEF DOC. NO. 1                                                                 RECEIVED NYSCEF: 02/07/2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X   Index No.
STELLA GARSON,
                                                                         Date Filed:
                                           Plaintiff(s),

         - against -                                                     SUMMONS

VICTORIA'S SECRET STORES, LLC.                                           The basis of venue is:
                                                                         where plaintiff resides
                                                                         Plaintiff resides at:
                                           Defendant(s).                 340 East 64th St Apt 17J
                                                                         New York, NY 10065
---------------------------------------------------------------------X

**TO THE ABOVE NAMED DEFENDANTS:**

       **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action, and to serve a copy of your Answer, or if the Complaint is not served with a Summons, to serve a Notice of Appearance, on the plaintiff's attorney(s) within 20 days after the service of this Summons, exclusive of the date of service, or within 30 days after completion of service where service is made in any other manner than by personal delivery within the State. In case of your failure to appear or answer, judgment may be taken against you by default for the relief demanded in the Complaint.

       New York County is designated as the place of trial on the basis of the residence of the plaintiff, which is 340 East 64th St Apt 17J New York, NY 10065.

Dated: New York, New York
      January 29, 2020

                                                                          Yours, etc.

                                                             Law Offices of Alan A. Tarzy
                                                             Attorney for Plaintiff
                                                              360 Lexington Avenue, Suite 1501
                                                              New York, New York 10017-6502
                                                              (212) 370-9000

Defendants Address:
VICTORIA'S SECRET STORES, LLC.
c/o C T CORPORATION SYSTEM
28 LIBERTY ST.
NEW YORK, NEW YORK, 10005

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X   Index No.
STELLA GARSON,

                              Plaintiff(s),

- against -                                                         **VERIFIED COMPLAINT**

VICTORIA'S SECRET STORES, LLC.

                              Defendant(s).
----------------------------------------------------------------X

        Plaintiff, by her attorney, Alan A. Tarzy, alleges the following upon information and belief:

        1.    At the time of the commencement of this action, plaintiff **STELLA GARSON** was and still is a resident of the City County and State of New York, .

        2.    Upon information and belief, at all times relevant hereto, defendant **VICTORIA'S SECRET STORES, LLC.** was and still is a domestic corporation, organized and existing under the Business Corporation Law of the State of New York, having an office and principal place of business at 1328 Broadway New York, NY 10001.

        3.    Upon information and belief, at all times relevant hereto, defendant **VICTORIA'S SECRET STORES, LLC.** was and still is a foreign limited liability company, organized and existing under the Laws of the State of Delaware and authorized to do businesses in the State of New York.

        4.    The cause of action herein alleged arose in the City, County of New York and State of New York.

FILED: NEW YORK COUNTY CLERK 02/07/2020 10:00 AM
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 02/07/2020

5. That this action falls within one or more of the exemptions set forth in CPLR 1602.

6. Upon information and belief, at all times relevant hereto, defendant **VICTORIA'S SECRET STORES, LLC** leased a retail business premises (the "Premises") located on the ground floor and/or basement of the building known as 1328 Broadway New York, NY and operated a retail store at the Premises, which was open to the public, under the trade name of **VICTORIA'S SECRET**.

7. Upon information and belief, at all times relevant hereto, defendant **VICTORIA'S SECRET STORES LLC. Owned** all or part of the Premises and operated a retail store at said Premises, which was open to the public, under the trade name of **VICTORIA'S SECRET.**

8. That on June 26, 2019, and at all times herein mentioned, Defendant, **VICTORIA'S SECRET STORES LLC** operated the Premises.

9. That on June 26, 2019, and at all times herein mentioned, Defendant **VICTORIA'S SECRET STORES LLC.** managed the Premises.

10. That on June 26, 2019, and at all times herein mentioned, Defendant **VICTORIA'S SECRET STORES,** maintained the Premises.

11. That on June 26, 2019, and at all times herein mentioned, Defendant **VICTORIA'S SECRET STORES, LLC** controlled the Premises.

12. That on June 26, 2019, and at all times herein mentioned, it was the duty of Defendant **VICTORIA'S SECRET STORES, LLC** to design, construct, alter, repair, furnish and maintain the Premises in a reasonably safe condition.

FILED: NEW YORK COUNTY CLERK 02/07/2020 10:00 AM
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 02/07/2020

13. On or about June 26, 2019, plaintiff was lawfully at the Premises, when she was caused to trip and fall due to the negligence of the defendant, its agents, servants and employees, departments, agencies and those acting under their directions, behest and control, in the design, construction, maintenance, inspection, furnishing repair, ownership, operation, management and control of the Premises and specifically the rug/carpet/mat located therein, such rug/carpet/mat having been in a defective and generally dangerous condition.

14. As a result of said negligence, the plaintiff was caused to sustain serious injuries and to have suffered, pain, shock and mental anguish; that these injuries and their effects will be permanent; as a result of said injuries, plaintiff was caused and will continue to incur medical care and attention, and plaintiff was and will continue to be rendered unable to perform plaintiff's normal activities and duties and has sustained losses as a result therefrom.

15. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

16. That by reason of the foregoing, the plaintiff was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against the Defendants herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: New York, New York
January 29, 2020

Yours, etc.

Law Offices of Alan A. Tarzy
Attorney for Plaintiff
360 Lexington Avenue, Suite 1501
New York, New York 10017-6502
(212) 370-9000

## INDIVIDUAL VERIFICATION

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

Stella Garson being duly sworn says:

I am the plaintiff in the action herein; I have read the annexed Summons and Verified Complaint, know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matter I believe them to be true.

X _____
Stella Garson

Sworn to before me on this
29th day of January, 2020

_____
Notary Public

1-31-22