**EXHIBIT "B"**

**Iris Reyes (x477)**

| | |
|---|---|
| **From:** | Allyson Belmont (x359) |
| **Sent:** | Friday, December 18, 2020 1:18 PM |
| **To:** | Iris Reyes (x477) |
| **Subject:** | FW: Garson v. Victoria's Secret |

-----Original Message-----
From: Alan Tarzy [mailto:Atarzy@tarzylaw.com]
Sent: Thursday, December 10, 2020 11:44 AM
To: Felice Cotignola (x313)
Subject: Garson v. Victoria's Secret

Hi Felice,

Please accept this email as plaintiff's formal demand for damages of $1,000,000.00 in connection with the above matter.

Please confirm that defendant will withdraw its OSC. Thank you for your patience and courtesy.

Alan A. Tarzy Esq.
Law Offices of Alan A. Tarzy
360 Lexington Avenue
Suite 1501
New York, New York 10017
Email: atarzy@tarzylaw.com
Phone: (212) 370-9000
Fax: (212) 370-1566
Website: www.tarzylaw.com